IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **MAURICIO GARCIA-SALINAS,** | § |
| Petitioner, | § |
| V. | § NO. 4:23-CV-200-O |
| **WARDEN F.J. GARRIDO,** | § |
| Respondent. | § |

# FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Mauricio Garcia-Salinas under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion.

**SO ORDERED** this **2nd day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1